# AFFIDAVIT OF SERVICE

Index #: 18-CV-4563 AMD-RML
Date Filed: August 14, 2018
AOS Filed: _____
Court Date: _____
File No.: _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ATTORNEY(S): BROMBERG LAW OFFICE, P.C. BRIAN L. BROMBERG, ESQ.
ADDRESS: 26 BROADWAY, 21ST FLOOR NEW YORK, NY 10004 PH:212-248-7906

**KYLE MURRAY,**
                                           Plaintiff
vs
**CITY OF NEW YORK, et al.,**
                                           Defendant

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

__Nnamdi Erskine__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __October 9, 2018__ at __5:51 PM__ at __EMERGENCY SERVICE UNIT - FLOYD BENNET FIELD - 3RD FLOOR, BROOKLYN, NY 11234__, deponent served the within Civil Cover Sheet, Certification of Arbitration Eligibility, Summons in a Civil Action, Complaint with Jury Demand, Notice and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

with Index Number __18-CV-4563 AMD-RML__, and Date Filed __August 14, 2018__ endorsed thereon,
on: **P.O. MARKO SIKIRIC, Individually (SHIELD NO. 26207)**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [ ] By delivering to and leaving with _____ who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to **Sgt. Burke - Co-Worker** a person of suitable age and discretion. Said premises is recipient's [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [X] On __October 12, 2018__, deponent completed service under the last two sections by depositing a copy of the __ABOVE DOCUMENTS__ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other:

**Attempts**

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex __Male__  Color of skin __White__  Color of hair __Black__  Age __36 - 50 Yrs.__  Height __Over 6ft__  Weight __201-250 Lbs.__  Other Features: _____

#8 WIT. FEES [ ] $ ___ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this __12th__ day of __October__, 2018

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2020

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2020



Nnamdi Erskine
Server's Lic #1376400
Work Order # 1113148

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382

NYC DCA LIC. #1381942