**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)                           26 Broadway, 21st Floor
                                                                      New York, NY 10004
                                                                      Phone: (212) 248-7906
                                                                      Fax:   (212) 248-7908

November 9, 2018

Via ECF
Honorable Robert M. Levy, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re:   *Murray v. City of New York, et al.*, No. 18-cv-4563 (AMD)(RML)

Dear Judge Levy:

My office represents the plaintiff, Kyle Murray, in the above-referenced civil rights case brought against the City of New York and a number of police officers.

I am writing to request a 60-day extension of the November 12th deadline to make service upon two of the defendants, P.O. George Brown and P.O. Cahill. I am making this request because the shield numbers of these two officers are redacted on the records my office has and their names are so common that the New York Police Department cannot find their precincts. Plaintiff has signed an authorization to unseal the police records and, hopefully, after unsealing my office will be able to make service. The City's attorney, Kaitlin Fitzgibbon, Esq., has consented to this extension-request.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

cc:   Kaitlin Fitzgibbon, Esq. (Via ECF)