# AFFIDAVIT OF SERVICE

**Index #:** 18-CV-4563-AMD-RML
**Date Filed:** August 14, 2018
**AOS Filed:** _____
**Court Date:** _____
**File No.:** _____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

ATTORNEY(S): BROMBERG LAW OFFICE, P.C.  BRIAN L. BROMBERG, ESQ.
ADDRESS: 26 BROADWAY, 21ST FLOOR NEW YORK, NY 10004  PH:212-248-7906

**KYLE MURRAY,**
Plaintiff

vs

**CITY OF NEW YORK, et al.,**
Defendant

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

YOLER JEAN-BAPTISTE, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On December 19, 2018 at 12:31 PM at Office of the Corporation Counsel, Special Federal Litigation Division - 100 Church Street, New York, NY 10007, deponent served the within Civil Cover Sheet, Certification of Arbitration Eligibility, Summons in a Civil Action, Complaint with Jury Demand, Notice and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

with Index Number 18-CV-4563 AMD-RML, and Date Filed August 14, 2018 endorsed thereon,

on: **George Brown, Individually c/o Assistant Corporation Counsel Kaitlin Fitzgibbon - New York City Law Department**, Defendant therein named.

#1 INDIVIDUAL  [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [ ] By delivering to and leaving with who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to **Betty Mazyck - City Clerk** a person of suitable age and discretion. Said premises is recipient's [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

[ ] Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [X] On December 21, 2018, deponent completed service under the last two sections by depositing a copy of the ABOVE DOCUMENTS to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other:

**Attempts**

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Female  Color of skin Black  Color of hair Gray  Age 51-55 Yrs.  Height 5ft4in - 5ft8in  Weight 131-160 Lbs.  Other Features: Glasses

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this 21st day of December, 2018

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2020

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2020

YOLER JEAN-BAPTISTE
Server's Lic #1139306
Work Order # 1113153

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590  TEL 516-333-6380  FAX 516-333-6382

NYC DCA LIC. # 1381942